UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
BUDIONO WICAKSONO, et al.,

                    Plaintiffs,

-against-                                10 Civ. 3635 (LAK)

XYZ 48 CORP., d/b/a Aoki Sushi,

                    Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        For the reasons stated in the report and recommendation of Magistrate Judge James C. Francis IV (the "R&R") to which no objection has been filed, plaintiffs shall have judgment by default against defendant as set forth in the final paragraph of the R&R. The Clerk shall enter judgment accordingly and close the case.

        SO ORDERED.

Dated:      May 24, 2011

                                                    _____
                                                        Lewis A. Kaplan
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 5/24/11